*Charles M. Walker*
U.S. Bankruptcy Judge
Dated: 5/13/2019



IN THE UNITED STATES BANKRUPTCY COURT FOR THE

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.: <u>319-01794</u> |
| TRACY RON GROCE, | ) Chapter 7 |
| | ) Judge Charles M. Walker |
| Debtor. | ) |
| | ) |

Affected Collateral: 2004 Toyota Celica

**AGREED ORDER TERMINATING STAY AND ABANDONING PROPERTY**

Come now FORTERA FEDERAL CREDIT UNION (Formerly FORT CAMPBELL FEDERAL CREDIT UNION), a secured Creditor, and TRACY RON GROCE, the Debtor, by his respective counsel, and having advised the Court that the Debtor is going to surrender a 2004 Toyota Celica automobile bearing motor vehicle identification number JTDDY32T240073170, that said Creditor has a valid security interest in said collateral, that the Debtor has no equity therein, and the Trustee joins herein to abandon her interest therein, and the Court being otherwise sufficiently advised.

It is hereby ORDERED and ADJUDGED as follows:

1. The Stay afforded by 11 U.S.C. § 362 is hereby terminated so as to permit said Creditor to enforce its security interest in the aforesaid collateral;

2. The Debtor waives his right of redemption under 11 U.S.C. § 722 with respect to the above-described property, and such right of redemption is hereby barred, the Debtor having been given reasonable opportunity to redeem and not having done so;

3. The Debtor surrenders his interest in such property to said Creditor.

4. The Trustee abandons the affected Collateral (to the extent described below as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. § 554 and L.B.R. 6007-1(b)). This paragraph is not effective unless the Trustee has approved this order for entry below.

5. The Trustee, by and through her signature below, hereby abandons the actual property which is subject to the security interest of the secured claimant, and further abandons the proceeds from the sale of said property, but only to the extent of the amount of the secured claim; in the event there are any surplus funds, or if the sale of the property results in funds in excess of the amount of the secured claim, then said excess proceeds shall continue to be property of the bankruptcy estate, are not abandoned herein, and shall be turned over to the Trustee by the secured claimant.

6. Any objections to this Agreed Order must be filed within fourteen (14) days of the entry of the Order.

~~Enter this the _____ day of _____, 2019~~.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

LAW OFFICE OF MICHAEL K. WILLIAMSON

By: /s/ Michael K. Williamson
Michael K. Williamson, BPR No. 010682
Attorney for Fortera Federal Credit Union
(Formerly Fort Campbell Federal Credit Union)
114 Franklin Street
Clarksville, Tennessee 37040
(931) 647-8500; (931) 647-8555 - Fax
mkwilliamson@thewilliamsonlawoffice.com

LAW OFFICE OF ROBERT H. MOYER

By: /s/Robert H. Moyer
Mr. Robert H. Moyer, BPR No. 013664
408 Franklin Street
Clarksville, TN 37040
(931) 221- 1101
rhmoyer@bellsouth.net

CHAPTER 7 TRUSTEE

By: /s/Jeanne Ann Burton
Jeanne Ann Burton PLLC
4117 Hillsboro Pk
Suite 103-116
Nashville, TN 37215
615 678-6960

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.